UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 25 PM 2: 33

CLERK _____
SO. DIST. OF GA.

USA )
vs )
 ) CASE NUMBER  CR605-18
Jimmy Anfield )
 )

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This  25  day of  July , 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA